UNITED STATES v. BURR et al. (Circuit Court of Appeals, Second Circuit. November 12, 1895.) No. 490. Appeal from the Circuit Court of the United States for the Southern District of New York. Wallace Macfarlane, U. S. Atty. Currie, Smith & Mackie, for appellees. No opinion. Reversed. See 66 Fed. 742.

---

UNITED STATES v. ELEVEN HUNDRED HEAD OF CATTLE. (Circuit Court of Appeals, Fifth Circuit. January 6, 1896.) Error to the District Court of the United States for the Western District of Texas. F. B. Earhart, for the United States. A. J. Evans, for defendant in error. Dismissed on motion of plaintiff in error.

---

UNITED STATES v. GODWIN et al. (Circuit Court of Appeals, Second Circuit. December 19, 1895.) No. 551. Appeal from the Circuit Court of the United States for the Southern District of New York. Wallace Macfarlane, U. S. Atty. S. G. Clarke, for appellees. No opinion. Affirmed in open court.

---

UNITED STATES v. GODWIN et al. (Circuit Court of Appeals, Second Circuit. December 20, 1895.) No. 558. Appeal from the Circuit Court of the United States for the Southern District of New York. Wallace Macfarlane, U. S. Atty. S. G. Clarke, for appellees. No opinion. Affirmed in open court.

---

UNITED STATES v. HILL. (Circuit Court of Appeals, Eighth Circuit. December 7, 1896.) No. 751. Error to the Circuit Court of the United States for the District of Colorado. Henry V. Johnson, for plaintiff in error. H. W. Hobson, for defendant in error. Dismissed pursuant to stipulation of the parties, without costs to either party.

---

UNITED STATES v. HUNTINGTON. (Circuit Court of Appeals, Second Circuit. December 30, 1892.) No. 115. Appeal from the Circuit Court of the United States for the Southern District of New York. Application of collector of customs for review of decision of board of appraisers as to rate of duty on 17 packages of theatrical effects. Edward Mitchell, U. S. Atty. Dittenhoefer & Gerber, for appellee. No opinion. Order affirmed.

---

UNITED STATES v. LANDNER. (Circuit Court of Appeals, Second Circuit. December 13, 1894.) No. 384. Appeal from the Circuit Court of the United States for the Southern District of New York. Henry C. Platt, Asst. U. S. Atty. S. G. Clarke, for appellee. No opinion. Decree affirmed in open court.